UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| KEVIN GODBOLD ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACCOUNT DISCOVERY SYSTEMS, LLC, ) <br> JOHN DOES, and JANE DOES ) <br>     Defendants, ) <br> ) | Civil Action No. 3:13-cv-00811-D |

### PLAINTIFF'S MOTION TO DISMISS DEFENDANT JOHN DOES AND DEFENDANT JANE DOES, ONLY

**NOW COMES** the Plaintiff, Kevin Godbold, by and through his undersigned attorney, and he hereby voluntarily moves this Court to dismiss his claims, without prejudice, against Defendant John Does and Defendant Jane does, only.

                                                RESPECTFULLY SUBMITTED,

Dated: June 7, 2013                  s/Kevin V. K. Crick, Esq.
                                                Attorney for Plaintiff
                                                BBO#: 680950
                                                Consumer Rights Law Firm, PLLC
                                                300 Brickstone Square, Suite 902
                                                Andover, MA 01810
                                                Telephone: (978) 212-3300
                                                Facsimile: (978) 409-1846
                                                kevinc@consumerlawfirmcenter.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **KEVIN GODBOLD** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:13-cv-00811-D |
| ) | |
| **ACCOUNT DISCOVERY SYSTEMS, LLC,** ) | [PROPOSED] ORDER ON MOTION |
| **JOHN DOES, and JANE DOES** ) | TO DISMISS DEFENDANT JOHN |
| Defendants, ) | DOES AND DEFENDANT JANE DOES, |
| ) | ONLY |

## [PROPOSED] ORDER

The Court hereby grants Plaintiff Kevin Godbold's request that all claims against Defendant John Does and Defendant Jane Does, only, are dismissed without prejudice.

RESPECTFULLY SUBMITTED,

Dated:  June 7, 2013
s/Kevin V. K. Crick, Esq.
Attorney for Plaintiff
BBO#: 680950
Consumer Rights Law Firm, PLLC
300 Brickstone Square, Suite 902
Andover, MA 01810
Telephone: (978) 212-3300
Facsimile#1: (888) 712-4458
Facsimile#2: (978) 409-1846
kevinc@consumerlawfirmcenter.com

## **CERTIFICATE OF SERVICE**

I, Kevin V. K. Crick, Esq., certify that a true and correct copy of the foregoing was served upon Defendant, Account Discovery Systems, LLC via the United States Postal Service Regular mail on June 7, 2013.

<u>/s/Kevin V. K. Crick, Esq.</u>
Kevin V. K. Crick, Esq.